1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   District of Nevada
    Nevada Bar Number 14853
3   ALLISON REESE
    Nevada Bar Number 13977
4   Assistant United States Attorney
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    Phone: (702) 388-6336
6   Email: allison.reese@usdoj.gov
    *Attorneys for the United States of America*

7

**UNITED STATES DISTRICT COURT**
8                    **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,          Case No.: 2:21-mj-00549-BNW

10              Plaintiff,              **STIPULATION TO CONTINUE THE
                                        PRELIMINARY EXAMINATION
11        vs.                          HEARING**
                                        (*First Request*)
12   GEORGE ALFREDO ALEMAN,

13              Defendant.

14

15          IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER

16   CHIOU, United States Attorney, and ALLISON REESE, Assistant United States Attorney,

17   counsel for the United States of America, and ADAM GILL, counsel for Defendant GEORGE

18   ALFREDO ALEMAN, that the preliminary examination hearing in the above-captioned matter,

19   currently scheduled for July 8, 2021, at 2:30 p.m., be vacated and continued for thirty (30) days,

20   to a date and time to be set by this Honorable Court.

21          This stipulation is entered into for the following reasons:

22          1.      The Government needs additional time to produce relevant discovery to Defense

23   Counsel.

24

1

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3. The parties agree to the continuance.

4. Defendant GEORGE ALFREDO ALEMAN is in custody and does not object to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

7. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

8. This is the <u>first</u> request for a continuation of the preliminary examination hearing.

DATED: July 6, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*

_____
ALLISON REESE
Assistant United States Attorney


*/s/ Adam Gill*

_____
ADAM GILL
Counsel for Defendant George Alfredo Aleman

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-mj-00549-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| GEORGE ALFREDO ALEMAN, | |
| Defendant. | |

# ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Government needs additional time to produce relevant discovery to Defense Counsel.

2.      Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3.      Defendant GEORGE ALFREDO ALEMAN is in custody and does not object to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7.      This is the <u>first</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 8, 2021, at 2:30 p.m., be vacated and continued to __August 12__, 2021, at the hour of 2:00 p.m.

DATED this __7th__ day of July, 2021.

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4